IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Early, Leah

Printed: 8/12/08

Case Number: 06 B 07573
Judge: Wedoff, Eugene R
Filed: 6/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 20, 2007
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,505.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,297.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 175.94 |
| Other Funds: |  | 31.18 |
| Totals: | 3,505.00 | 3,505.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 2,000.00 |
| 2. | ECast Settlement Corp | Unsecured | 3,217.66 | 599.01 |
| 3. | Capital One | Unsecured | 628.43 | 117.37 |
| 4. | World Financial Network Nat'l | Unsecured | 33.86 | 0.00 |
| 5. | GE Money Bank | Unsecured | 49.06 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 122.17 | 18.52 |
| 7. | Carson Pirie Scott & Co | Unsecured | 207.65 | 38.78 |
| 8. | ECast Settlement Corp | Unsecured | 498.21 | 93.03 |
| 9. | Fingerhut | Unsecured | 188.74 | 35.25 |
| 10. | Capital One | Unsecured | 807.63 | 150.82 |
| 11. | Target National Bank | Unsecured | 1,225.52 | 228.88 |
| 12. | B-Real LLC | Unsecured | 139.10 | 16.22 |
| 13. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 14. | GEMB | Unsecured |  | No Claim Filed |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | World Finance Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,118.03 | $ 3,297.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 30.65 |
| 4.8% | 73.41 |
| 5.4% | 71.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Early, Leah

Printed:  8/12/08

Case Number:  06 B 07573
Judge:  Wedoff, Eugene R
Filed:  6/28/06

_____
$ 175.94

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____